JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANICE DEUTSCH, | ) | NO. EDCV 19-0824-JLS (KS) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| RICK HILL, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 04, 2020

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE